CITY OF OAKLAND, a Municipal
Corporation, Appellant,

v.

Secretary Raymond DONOVAN, United
States Department of Labor, et
al., Appellees.

No. 82–7291.

United States Court of Appeals,
Ninth Circuit.

May 16, 1983.

Jayne W. Williams, Oakland, Cal., for petitioners.

Harry Sheinfeld, Washington, D.C., for respondents.

Before TRASK, KENNEDY, and
POOLE, Circuit Judges.

ORDER ON MOTION FOR CLARIFICATION OF MANDATE

Upon due consideration of the Secretary's motion for clarification, 703 F.2d 1104, and the response of the City, and upon further consideration of the stipulation between the parties on file herein, it is ordered that the mandate in this case shall be as follows:

The Secretary's finding of noncompliance with CETA requirements is affirmed. The City of Oakland will repay the full amount of the grant to the Secretary in accordance with the terms of the stipulation between the parties. No further administrative proceedings will be required.